(June 17, 2016)

■ DARLENE M. LOHNAS, Respondent, v FRANK A. LUZI, JR., M.D., et al., Appellants. (Appeal No. 1.) [32 NYS3d 542]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 14, 2014. The order denied defendants' motion for partial summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.